ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 010171
Email: Priscilla.Obriant@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Nationwide Affinity Insurance Company of America*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SON THANH DAO; DAVID DAO;<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, a Foreign Corporation; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, A Foreign Corporation; DOES I through X, and ROE CORPOATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-01220<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANT NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' THIRD, FIFTH, AND SEVENTH CAUSES OF ACTION** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Defendant NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA's to file a Reply in support of Nationwide Affinity Insurance Company of America's Reply in Support of its Motion to Dismiss Plaintiffs' Third, Fifth, and Seventh Causes of Action [Dkt. 9; filed 7/10/18), currently due August 7, 2018 be extended through August 14, 2018. This is in conformance with the parties prior stipulation July 23, 2018, that Defendant NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA's Reply should be extended by five (5) court days.

/ / /

4836-6273-7263.1

This is Defendant NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

Dated this 7th day of August, 2018

GANZ & HAUF

/s/ Jolene J. Manke
MARJORIE HAUF ESQ.
Nevada Bar No. 8111
JOLENE J. MANKE, ESQ.
Nevada Bar No. 7436
8950 W. Tropicana Ave. #1
Las Vegas, NV 89147
Attorney for Plaintiffs

Dated this 7th day of August, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Priscilla L. O'Briant
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
PRISCILLA L. O'BRIANT, ESQ.
Nevada Bar No. 10171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
Attorney for Defendant
NATIONWIDE AFFINITY INSURANCE
COMPANY OF AMERICA

IT IS SO ORDERED.

Dated August 7, 2018.

_____
UNITED STATES DISTRICT JUDGE

4836-6273-7263.1

2